OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 29, 2013

Paul A. Weykamp
16 Sternersen Lane
Suite 2
Hunt Valley, MD 21030

RE: Asbestos Products Liability
Case Number: 13-4002
District Case Number: 2-09-cv-91897
District Case Number: 01-md-00875

Dear Counsel:

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/ecfwebsite.**

Pursuant to our docketing letter dated **10/10/2013**, you were requested to forward to this office the following form(s) in the above-entitled case:

**Appearance Form
Civil Information Statement
Concise Summary of the Case
Transcript Purchase Order Form**

**As of this date, we have not received your form(s). Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions, and dismissal of the case**

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Timothy McIntyre*
Timothy McIntyre, Case Manager
267-299-4953