# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-4002

Asbestos Products Liability

2-01-md-00875

## O R D E R

The Court has received the Appellant's Brief/Appendix and Appendix Volume II on behalf of **Taylor Stokes**.

**The brief does not comply with the following Court requirements:**

**Contents of Brief See FRAP 28- The following is/are missing:**

**.** Statement of the case setting out the relevant facts, procedural history and rulings presented for review

**Action Required Regarding Brief:**

In order to cure errors with respect to CONTENT, **Taylor Stokes** must file an addendum containing the missing section of the brief listed above in electronic and paper format (7 blue paper copies).

This Order does not change the deadline for filing the next brief.

**Counsel or the party(ies) must correct the above listed deficiencies by 01/21/2014. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: 1/17/2014
**cc:** Joshua J. Metcalf, Esq.
Patricia B. Turner, Esq.

**Paul A. Weykamp, Esq.**

**For questions please contact the Clerk's Office at 267-299-4917.**