# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 13-4002

Taylor Stokes, Executor of the Estate of Raymond Stevens vs. CBS Corporation, et al.

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

**CBS Corporation**

Indicate the party's role IN THIS COURT (check <u>only</u> one):

- [ ] Petitioner(s)
- [ ] Appellant(s)
- [ ] Intervenor (s)
- [ ] Respondent(s)
- [✓] Appellee(s)
- [ ] Amicus Curiae

(Type or Print) Counsel's Name **Mr. Henry N. Ware, Jr.**
  Mr.   Ms.   Mrs.   Miss

Firm **Spotts Fain, P.C.**

Address **411 East Franklin Street, Suite 600**

City, State, Zip Code **Richmond, VA 23219**

Phone (804) 697-2000      Fax (804) 697-2100

**Primary E-Mail Address (required)** hnware@spottsfain.com
**Additional E-Mail Address (1)** _____
**Additional E-Mail Address (2)** _____

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:** _/s/ Henry N. Ware/_

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*
This entry of appearance must be served on all parties.

REV. 10/23/09

## CERTIFICATE OF SERVICE

I hereby certify that I have served Counsel for Plaintiff in this action with a copy of the pleadings herein below specified by causing a copy of the same to be mailed by electronic and United States Mail, postage prepaid, to the following address:

**Pleadings:**         CBS CORPORATION'S ENTRY OF APPEARANCE

**Counsel Served:**

Paul A. Weykamp, Esquire
Law Offices of Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, Maryland 21030
*Counsel for Plaintiff*


**Defense Counsel of Record (via electronic mail only):**

See attached list.

This 3rd day of February, 2014.

| DEFENDANT | COUNSEL |
| --- | --- |
| *International Paper Corporation* | Joshua J. Metcalf, Esq.<br>Forman Perry Watkins Krutz & Tardy LLP<br>200 South Lamar Street, Suite 100<br>Jackson, MS 39201 |